Dismissed and Memorandum Opinion filed January 8, 2004









Dismissed and Memorandum Opinion filed January 8,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00599-CV

____________

 

AHMAD ALYASIN,
Appellant

 

V.

 

OSAMA LATIF and ASTRODOME AUTO SALES,
INC., Appellees

 



 

On Appeal from the 152nd
District Court

Harris County, Texas

Trial Court Cause No.  02-07328

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed March 18, 2003.

On December 22, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 8, 2004.

Panel consists of Justices Yates,
Hudson, and Fowler.